1  Peter R. Afrasiabi (Bar No. 193336)
   Email: pafrasiabi@onellp.com
2  **ONE LLP**
   4000 MacArthur Blvd.
3  East Tower, Suite 500
   Newport Beach, CA 92660
4  Telephone: (949) 502-2870
   Facsimile: (949) 258-5081
5
6  Attorneys for Defendants,
   WOO SIGNATURES, LLC, TADEH
7  BOOGHOSIANSSARDABI, FARSHID
   KARAMZAD GOFLSAZ, and ARASH SEDIGHI
8
9
10                  **UNITED STATES DISTRICT COURT**
11                  **CENTRAL DISTRICT OF CALIFORNIA**
12                       **SOUTHERN DIVISION**
13

14  BOOST BEAUTY, LLC, a California       Case No. 2:18-cv-02960-CAS-E
15  limited liability company,             Hon. Christina A. Snyder

16          Plaintiff,                     **STIPULATION TO EXTEND TIME
                                           FOR DEFENDANT RE
17      v.                                 AUTOMOTIVE, LLC TO RESPOND
                                           TO INITIAL COMPLAINT BY NOT
18  WOO SIGNATURES, LLC, a California      MORE THAN 30 DAYS (L.R. 8-3)**
    limited liability company; TADEH
19  BOOGHOSIANSSARDABI, an individual;
    FARSHID KARAMZAD GOFLSAZ, an           Complaint served:   April 11, 2018
20  individual; ARASH SEDIGHI, an          Current response date: May 2, 2018
21  individual; and DOES 1 through 10,     New response date:  June 1, 2018
    inclusive,
22
23          Defendants.
24
25
26
27
28

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

WHEREAS, Defendants Woo Signatures, LLC, Tadeh Booghosianssardabi, Farshid Karamzad Goflsaz, and Arash Sedighi (collectively, "Defendants") were served with the Summons and Complaint in this matter on April 11, 2018;

WHEREAS, Plaintiff Boost Beauty, LLC ("Plaintiff") has agreed to extend the deadline for Defendants to respond to the complaint in this action by not more than 30 days;

WHEREAS, no previous extension of time has been requested by Defendants;

ACCORDINGLY, IT IS HEREBY STIPULATED by and between Plaintiff and Defendants that Defendants shall have up to and including June 1, 2018 to respond to the Complaint.

Dated: May 1, 2018        **ADLI LAW GROUP, P.C.**

By: /s/ Drew H. Sherman
Drew H. Sherman
Daruish G. Adli
Attorneys for Plaintiff,
Boost Beauty, LLC

Dated: May 1, 2018        **ONE LLP**

By: /s/ Peter R. Afrasiabi
Peter R. Afrasiabi
Attorney for Defendants,
Woo Signatures, LLC, Tadeh Booghosianssardabi, Farshid Karamzad Goflsaz, and Arash Sedighi

1
**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(2)(i)**

Pursuant to Local Rule 5-4.3.4(2)(i), I, Peter R. Afrasiabi, attest that all other signatories listed and on whose behalf the filing is submitted concur in this filing's content and have authorized this filing.

By: /s/ Peter R. Afrasiabi
Peter R. Afrasiabi