# EXHIBIT A

**Registration #:** *-APPLICATION-*
**Service Request #:** 1-6462698121

## Mail Certificate

Adli Law Group P.C.
444 South Flower Streeet,
Suite 3100
Los Angeles, CA 90071 United States

**Priority:** Routine          **Application Date:** April 05, 2018

## Correspondent

**Name:** Drew H. Sherman
**Email:** drew.sherman@adlilaw.com
**Telephone:** (213)623-6546
**Alt. Telephone:** (213)537-1670
**Fax:** (213)623-6554
**Address:** 444 South Flower Street,
Suite 3100
Los Angeles, CA 90071 United States

Registration Number

**\*-APPLICATION-\***

## Title

        **Title of Work:** BoostBeauty-google-ad

## Completion/Publication

        **Year of Completion:** 2017
        **Date of 1st Publication:** August 01, 2017
        **Nation of 1st Publication:** United States

## Author

-         **Author:** Ani Moosakhanian
        **Author Created:** text
        **Work made for hire:** Yes
        **Citizen of:** United States

## Copyright Claimant

        **Copyright Claimant:** Boost Beauty, LLC
        460 Oak Street, #304, Glendale, CA, 91204, United States

## Rights and Permissions

        **Organization Name:** Boost Beauty, LLC
        **Name:** Ani Moosakhanian
        **Telephone:** (818)522-9549
        **Address:** 460 Oak Street, #304
        Glendale, CA 91204 United States

## Certification

        **Name:** Drew H. Sherman
        **Date**: April 05, 2018

**Applicant's Tracking Number**:   2332.401

## "Top 5" Eyelash Growth Serums | 2018's Best Eyelash Enhancers

[Ad] www.bestlashenhancerreviews.com/ ▼

Best Way To Get Longer & Fuller lashes 2018's Top 5 **Eyelash** Enhancers Reviewed
Made in the USA · Cruelty Free Items Only · Top Selling · Best Sellers · All Natural · Free Shipping

### Product Comparison Chart
Use Chart to Compare Performances
And to Review Features & Ratings

### Which Is Best For You
What Are The Top Eyelash Boosters
And Which Are Better For You