Dariush G. Adli, Esq. (SBN: 204959)
  adli@adlilaw.com
Drew H. Sherman, Esq. (SBN: 237045)
  drew.sherman@adlilaw.com
ADLI LAW GROUP, P.C.
444 South Flower Street, Suite 3100
Los Angeles, California 90071
Telephone: 213-623-6546
Facsimile: 213-623-6554

Attorneys for Boost Beauty, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BOOST BEAUTY, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>WOO SIGNATURES, LLC, a California limited liability company; TADEH BOOGHOSIANSSARDABI, an individual; FARSHID KARAMZAD GOFLSAZ, an individual; ARASH SEDIGHI, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:18-cv-02960-CAS-E<br><br>*The Honorable Christina A. Snyder*<br><br>**SUPPLEMENTAL DECLARATION OF DREW H. SHERMAN IN SUPPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

# SUPPLEMENTAL DECLARATION OF DREW H. SHERMAN

I, Drew H. Sherman, declare:

1. I am an attorney employed at Adli Law Group, P.C. I am one of the attorneys of record for Plaintiff Boost Beauty, LLC. ("Plaintiff") in this matter. I handle the day to day activities of this case on behalf of Plaintiff's counsel. I make this Supplemental Declaration in support of the Plaintiff's Opposition to Defendants' Motion to Dismiss. I make this Declaration on personal knowledge of the facts set forth and, if called as a witness could and would testify competently to such matters.

2. I appeared at the oral argument today, February 4, 2019, on Defendants' Motion to Dismiss certain causes of action from Plaintiff's Third Amended Complaint.

3. On the Defendants' Motion to Dismiss relating to Plaintiff's copyright claims, this Court requested Plaintiff file a copy of the offending advertisement that Plaintiff alleges infringes Plaintiff's original expression contained in Plaintiff's advertisement for which Plaintiff has filed an application for copyright registration with the U.S. Copyright Office.

4. Subsequent to the hearing today on Defendants' Motion to Dismiss, I instructed the Plaintiff to send me the most recent version of the allegedly offending advertisement of which Plaintiff had possession.

5. The Plaintiff performed a search of the trademark at issue, "Boostlash," using Google Canada.

6. I acquired the results of Plaintiff's search for "Boostlash" using Google Canada.

7. I saved a copy of the search results to my firm's electronic filing system as a pdf.

8. In order to assists this Court and emphasize the portions of the advertisement at issue, I highlighted certain terms and inserted my commentary in

ADLI LAW GROUP, P.C.
www.adlilaw.com
(213) 623-6546

1   red "arrow" comment boxes.  I made no other changes to the search results from
2   Google Canada of the term Boostlash.
3       9.   **Attached hereto as Exhibit A, and incorporated herein by**
4   **reference**, is a true and correct copy of search results from Google Canada for the
5   term "Boostlash" with my highlights and commentary in red.
6       I declare under penalty of perjury under the laws of the United States of
7   America that the foregoing is true and correct.
8       Executed this 4th day of February, 2019 at Los Angeles, California.

                                                 /S/ *Drew H. Sherman*
                                                 Drew H. Sherman

ADLI LAW GROUP, P.C.
www.adlilaw.com
(213) 623-6546

DECLARATION OF DHS IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

# EXHIBIT A

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing documents with the Clerk of the Court for the United States District Court for the Central District of California by using the CM/ECF system on February 4, 2019:

**SUPPLEMENTAL DECLARATION OF DREW H. SHERMAN IN SUPPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF System.

I certify under penalty of perjury that the foregoing is true and correct. Executed February 4, 2019 at Los Angeles, California.

BY: /s/ Drew H. Sherman
Drew H. Sherman, Esq.

ADLI LAW GROUP, P.C.
www.adlilaw.com
(213) 623-6546

DECLARATION OF DHS IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

search had to be done on Google Canada because Defendants want to keep Plaintiff from being aware of their actions.

Search using Registered Trademark

Secure https://www.google.ca/search?q=boostlash&rlz=1C5CHFA_enUS755US755&oq=boostlash&aqs=chrome..69i57j69i60l3

cosmetics packaging IMVBox: Watch Irani... Dashboard Campaign: BoostLas... Business Settings BoostLash Eyelash G..

GLE boostlash

All Maps Shopping News Images More Settings Tools

About 52,000 results (0.29 seconds)

"Top 5" Eyelash Growth Serums | 2018's The Best Lash Enhancers

Ad www.besteyelashgrowthserums.com/

Experts Revealed Top Rated Eyelash Growth Enhancers! Which Is Right For You?

Made In USA · Natural · Top Selling

Services: Eye Lashes Reviews, Eye Lash Growth Reviews, Eye Lash Products Reviews, Eye Lash E...

Which One Is The Best? · Which Is Right For You? · Contact Us · About Us

1st advertisement that comes up is Defendant's advertisement using Plaintiff's original expression.

