Dariush G. Adli, Esq. (SBN: 204959)
  adli@adlilaw.com
Drew H. Sherman, Esq. (SBN: 237045)
  drew.sherman@adlilaw.com
ADLI LAW GROUP, P.C.
444 South Flower Street, Suite 3100
Los Angeles, California 90071
Telephone: 213-623-6546
Facsimile: 213-623-6554

Attorneys for Boost Beauty, LLC

Peter R. Afrasiabi (Bar No. 193336)
  pafrasiabi@onellp.com
Oscar M. Orozco-Botello (Bar No. 313104)
  oobotello@onellp.com
**ONE LLP**
4000 MacArthur Blvd.
East Tower, Suite 500
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

Attorneys for Woo Signatures, LLC, Tadeh Booghosianssardabi, Farshid Karamzad Goflsaz, and Arash Sedighi

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BOOST BEAUTY, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>WOO SIGNATURES, LLC, a California limited liability company; TADEH BOOGHOSIANSSARDABI, an individual; FARSHID KARAMZAD | Case No. 2:18-cv-02960-CAS-E<br><br>*The Honorable Christina A. Snyder*<br><br>**JOINT RULE 26(f) JOINT REPORT**<br><br>26f Scheduling Conference: May 6, 2019<br>FSC:  N/A<br>Trial:  N/A |

| | |
|---|---|
| 1 | GOFLSAZ, an individual; ARASH SEDIGHI, an individual; and DOES 1-10, inclusive, |
| 2 | |
| 3 | |
| 4 | Defendants. |

ADLI LAW GROUP, P.C.
www.adlilaw.com
(213) 623-6546

**To this Honorable Court:**

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and Local Rule 26-1, Plaintiff, Boost Beauty, LLC ("Boost"), and Defendants Woo Signatures, LLC; Tadeh Booghosianssardabi; Farshid Karamzad Goflsaz; and Arash Sedighi (individually a "Defendant" and collectively the "Woo Signatures Defendants") hereby submit this Joint Report and proposed litigation schedule, following the conference of counsel on April 15, 2019 and continued to prepare this document.

**I.    Rule 26(a) Disclosures – Fed. R. Civ. P. 26(f)(3)(A)**

The parties have agreed that all initial disclosures required by Federal Rule 26(a) will be made on or before May 20, 2019.

**II.    Discovery – Fed. R. Civ. P. 26(f)(3)(B)-(E)**

    **A.    Subjects on which discovery may be needed, etc. – Fed. R. Civ. P. 26(f)(3)(B)**

The parties presently anticipate discovery on all claims (liability and damages) and defenses to occur concurrently and not in phases. Expert witnesses will likely be involved in this case. The parties anticipate that they may need to conduct discovery with regard to the following topics, among others: (1) Likelihood of confusion and defenses thereto. (2) The value of the Marks and profits/damages, if any. (3) The facts, circumstances, witnesses, and documents related to whether the Woo Signatures Defendants intentionally infringed, and continue to infringe the Boost trademarks. (4) The facts, circumstances, witnesses, and documents related to whether the Woo Signatures Defendants contributed to the infringement of the Boost trademarks. (5) The facts, circumstances, witnesses, and documents related to whether the Woo Signatures Defendants vicariously infringed the Boost trademarks. (6) The facts, circumstances, witnesses, and documents related to whether the Defendants falsely designated the origins of its products and services, and unfairly competed with Boost. (7) The facts, circumstances, witnesses, and documents related to whether the Woo

ADLI LAW GROUP, P.C.
www.adlilaw.com
(213) 623-6546

Signatures Defendants falsely advertised its products. (8) The facts, circumstances, witnesses, and documents related to the assets and financial means of the Defendants. (9) The facts, circumstances, witnesses and documents related to Boost's business and any alleged improper acts by the Woo Signatures Defendants and defenses thereto. (10) The facts, circumstances, witnesses and documents related to Boost's remaining claims and defenses thereto.

**B. Electronically Stored Information ("ESI") – Fed. R. Civ. P. 26(f)(3)(C)**

At this time, the parties do not anticipate that there will be a large amount of ESI. Accordingly, the parties have agreed to produce documents in native format if possible and not unduly burdensome, otherwise ESI will be produced in searchable TIFF/PDF format with BATES numbering.

**C. Issues about Claims of Privilege or Protection as Trial-Preparation Materials – Fed. R. Civ. P. 26(f)(3)(D)**

At this time, the parties do not anticipate any particular issues about claims of privilege or of protection as trial-preparation materials.

**D. Changes in the Limitations on Discovery – Fed. R. Civ. P. 26(f)(3)(E)**

The parties do not presently request that any changes should be made in the limitations on discovery imposed under the Federal or Local Rules.

**E. Other Orders under FRCP 26(c) or 16(b)-(c) – Fed. R. Civ. P. 26(f)(3)(F)**

The parties are considering a stipulation for a protective order to protect sensitive business and financial information, among other things.

At this time, the parties do not seek from the Court any other orders under Federal Rule 26(c) or 16(b)-(c).

## III. Local Rule 26-1

### A. Complexity of Case

The parties at this time do not believe the Court will need to implement any of the procedures of the Manual for Complex Litigation.

### B. Scheduling: Trial, Dispositive Motions, Expert Witness Disclosure

The parties intend to bring motions for summary judgment or partial summary judgment although the parties have not yet served or conducted any discovery .

The parties submit the following proposed scheduling:

| Event | Boost's Proposal | Woo Signatures Defendants' Proposal |
|---|---|---|
| Request for leave to file amended pleadings or to add parties | July 8, 2019 | July 8, 2019 |
| Settlement Completion Cutoff | January 13, 2020 | September 9, 2019 |
| Discovery Cutoff | December 9, 2019 | December 9, 2019 |
| Exchange of expert reports | December 23, 2019 | October 7, 2019 |
| Exchange of rebuttal reports | January 13, 2020 | November 11, 2019 |
| Last Day to File Motions | January 27, 2020 | January 6, 2020 |
| Pre-Trial Conference and Motions in *Limine* | March 2, 2020 | March 9, 2020 |
| Jury Trial | March 23, 2020 | April 6, 2020 |

The parties estimate a 4-5 day jury trial.

### C. ADR

The parties prefer a mediation before a panel mediator under Local Rule 16-15.4, Procedure No. 2. If this is not possible, the parties prefer a settlement conference before a magistrate judge under Local Rule 16-15.4, Procedure No. 1.

### D. Additional Parties

At this time, the parties do not anticipate any additional parties to the action although the parties have not yet served or conducted any discovery.

ADLI LAW GROUP, P.C.
www.adlilaw.com
(213) 623-6546

### E. Agreement for E-Mail Service

The parties agree to accept service of discovery documents via e-mail.

ADLI LAW GROUP, P.C.

Dated: April 29, 2019          By: /s/Drew H. Sherman
                                   Dariush G. Adli
                                   Drew H. Sherman
                                   Attorneys for Defendants

Dated: April 29, 2019          **ONE LLP**

                               By: /s/ Oscar M. Orozco-Botello
                                   Peter R. Afrasiabi
                                   Oscar M. Orozco-Botello
                                   Attorney for Defendants,
                                   Woo Signatures, LLC, Tadeh
                                   Booghosianssardabi, Farshid Karamzad
                                   Goflsaz, and Arash Sedighi

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing documents with the Clerk of the Court for the United States District Court for the Central District of California by using the CM/ECF system on April 29, 2019:

## JOINT RULE 26(f) REPORT

Participants in the case who are registered CM/ECF users will be served by the CM/ECF System.

I certify under penalty of perjury that the foregoing is true and correct. Executed April 29, 2019 at Los Angeles, California.


Dated: April 29, 2019          /s/ Drew H. Sherman
                                   Drew H. Sherman, Esq.

ADLI LAW GROUP, P.C.
www.adlilaw.com
(213) 623-6546