Dariush G. Adli, Esq. (SBN: 204959)
  adli@adlilaw.com
Drew H. Sherman, Esq. (SBN: 237045)
  drew.sherman@adlilaw.com
ADLI LAW GROUP, P.C.
444 South Flower Street, Suite 3100
Los Angeles, California 90071
Telephone: 213-623-6546
Facsimile: 213-623-6554

Attorneys for Boost Beauty, LLC
and third parties Yasha Asadpoor and Ani Moosakhanian

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOOST BEAUTY, LLC, a California limited liability company,<br><br>*Plaintiff*,<br><br>v.<br><br>WOO SIGNATURES, LLC, a California limited liability company; TADEH BOOGHOSIANSSARDABI, an individual; FARSHID KARAMZAD GOFLSAZ, an individual; ARASH SEDIGHI, an individual; and DOES 1-10, inclusive,<br><br>*Defendants*. | Case No. 2:18-cv-02960-CAS-E<br><br>*Honorable Charles F. Eick*<br><br>**DECLARATION OF DREW H. SHERMAN IN SUPPORT OF MOTION TO QUASH SUBPOENA UPON GODADDY REGARDING THIRD PARTIES YASHA ASADPOOR AND ANI MOOSAKHANIAN**<br><br>Date:   February 21, 2020<br>Time: 9:30 A.M.<br>Crtrm:  750 Roybal |

# DECLARATION OF DREW H. SHERMAN

I, Drew H. Sherman, declare and states as follows:

1. I am an attorney at law duly licensed to practice before all the courts of the state of California. I am an attorney at ADLI Law Group, attorneys for Yasha Asadpoor and Ani Moosakhanian. Asadpoor and Moosakhanian are not parties to the instant lawsuit, Case No. 2:18-cv-02960-CAS-E. I have personal knowledge of the matters stated herein, unless otherwise stated, and if called upon as a witness, I could and would competently testify thereto.

2. I was served with a business records subpoena that was directed to the Compliance Department of GoDaddy.com, LLC for the production of records of GoDaddy regarding: "All websites registered by Yasha Asadpoor and/or Ani Moosakhanian."

3. **Attached hereto, and incorporated herein by reference as Exhibit "A"** is a true and correct copy of the Subpoena sent to me by Defendants' Counsel.

4. On January 14, 2020, I met and conferred with opposing counsel Peter R. Afrasiabi via telephone in an attempt to resolve the difference in opinion over the propriety of the Subpoena and eliminate the need for motion practice, but opposing counsel was unwilling to withdraw the subpoena.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed January 23, 2020 in Los Angeles, CA.

By: /s/Drew H. Sherman
    _____
    Drew H. Sherman

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing documents with the Clerk of the Court for the United States District Court for the Central District of California by using the CM/ECF system on January 23, 2020:

**DECLARATION OF DREW H. SHERMAN IN SUPPORT OF MOTION TO QUASH SUBPOENA UPON GODADDY REGARDING THIRD PARTIES YASHA ASADPOOR AND ANI MOOSAKHANIAN**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF System.

I certify under penalty of perjury that the foregoing is true and correct. Executed January 22, 2020 at Los Angeles, California.

Dated: January 22, 2020             /s/ Drew H. Sherman
                                     Drew H. Sherman, Esq.

ADLI LAW GROUP, P.C.
www.adlilaw.com
(213) 623-6546

2332.201