ADLI LAW GROUP, P.C.
www.adlilaw.com
(213) 623-6546

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BOOST BEAUTY, LLC, a California limited liability company,<br><br>*Plaintiff*,<br><br>v.<br><br>WOO SIGNATURES, LLC, a California limited liability company; TADEH BOOGHOSIANSSARDABI, an individual; FARSHID KARAMZAD GOFLSAZ, an individual; ARASH SEDIGHI, an individual; and DOES 1-10, inclusive,<br><br>*Defendants*. | Case No. 2:18-cv-02960-CAS-E<br><br>*Honorable Charles F. Eick*<br><br>**[PROPOSED] ORDER RE MOTION TO QUASH SUBPOENA UPON GODADDY REGARDING THIRD PARTIES YASHA ASADPOOR AND ANI MOOSAKHANIAN**<br><br>Date: February 21, 2020<br>Time: 9:30 A.M.<br>Crtrm: 750 |

2332.201

After reviewing the moving, opposition, and reply papers, and hearing oral argument of counsel and for good cause shown:

IT IS HEREBY ORDERED that the Motion to Quash the subpoena issued to the Compliance Department for GoDaddy is GRANTED.

Date: _____

Hon. Charles F. Eick

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing documents with the Clerk of the Court for the United States District Court for the Central District of California by using the CM/ECF system on January 22, 2020:

**[PROPOSED] ORDER RE MOTION TO QUASH SUBPOENA UPON GODADDY REGARDING THIRD PARTIES YASHA ASADPOOR AND ANI MOOSAKHANIAN**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF System.

I certify under penalty of perjury that the foregoing is true and correct. Executed January 22, 2020 at Los Angeles, California.

Dated: January 22, 2020                                                    /s/ Drew H. Sherman

Drew H. Sherman, Esq.

CERTIFICATE OF SERVICE